UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-22029-CIV-UNGARO

JUAN ARCE,

        Plaintiff,

v.

MASTEC NORTH AMERICA, INC., et al.,

        Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Motion of John T. Stembridge, Esq., to appear pro hac vice, filed July 24, 2008 (D.E. 2).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that said Motion (D.E. 2) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record